UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>928 OAKLEY STREET, NEW BEDFORD,<br>MASSACHUSETTS,<br>　　　　Defendant. | )<br>)<br>)<br>)  Civil Action No. 04-10642-RWZ<br>)<br>)<br>)<br>)<br>) |

### AMENDED WARRANT AND MONITION

To:  The United States Marshal for the District of Massachusetts, or his Deputies

<u>We Command You</u> that you give notice to all persons concerned that a Verified Complaint for Forfeiture <u>In Rem</u> (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant real property, including all buildings and appurtenances, located at 928 Oakley Street, New Bedford, Massachusetts (the "Defendant Property"), more particularly described in the Complaint for the forfeiture of the Defendant Property to the United States of America pursuant to Title 21, United States Code, Section 881(a)(7).

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

(1)  Publishing notice of the United States' intent to forfeit the Defendant Property at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper having a general circulation in this District;

(2) Serving the Defendant Property by posting a copy of this Warrant and Monition and the Complaint upon the Defendant Property; and

(3) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Peter Medeiros, #24714-038  
Plymouth (M.C.I.)  
P.O. Box 207  
South Carver, MA 02366

Joyce C. Medeiros  
928 Oakley Street  
New Bedford, MA 02745

Thomas E. Badway, Esquire  
as counsel for Joyce Medeiros  
700 North Main Street  
Providence, RI 02904

New Bedford Assessor's Office  
133 William Street  
Room 109  
New Bedford, MA 02740

David P. Sorrenti, Esquire  
as counsel for Peter Medeiros  
Sorrenti & Delano, PA  
23 North Pearl Street  
Brockton, MA 02301

John J. Bevilacqua, Esquire  
as counsel for Joyce Medeiros  
380 Broadway  
Providence, RI 02909

Compass Bank  
Attn: Louis Steiblin  
One Compass Place  
New Bedford, MA 02740

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

You Are Further Commanded that pending further order of the Court, you are **not** to take possession of, seize, or otherwise take into custody the Defendant Property, and you are **not** responsible for the care or maintenance of the Defendant Property during the pendency of this forfeiture action.

You Are Further Commanded, if you are granted permission by the owners or possessors of the Defendant Property, to enter and forthwith conduct an inventory and inspection thereof.

You Are Further Commanded to give due notice by appropriate

service of process, as provided herein, to all persons who claim an interest in the Defendant Property, or assert that the Defendant Property should not be condemned or disposed of pursuant to the prayer of the Verified Complaint for Forfeiture <u>In Rem</u>.  Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT.  ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM.  CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS.  THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9.  IN ADDITION TO THE PROCEDURES MANDATED BY THOSE

REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING, ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203, ATTENTION ASSET FORFEITURE GROUP.

Tony Anastas, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: May 5, 2004

APPROVED AND SO ORDERED:

_____
RYA W. ZOBEL
United States District Judge
Date: May 4, 2004