UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>928 OAKLEY STREET, NEW BEDFORD,<br>MASSACHUSETTS,<br>    Defendant. | )<br>)<br>)<br>)Civil Action No. 04-10642-RWZ<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENTRY OF DEFAULT

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Peter Medeiros and Joyce Medeiros, and all other persons claiming an interest in the real property, including all buildings and appurtenances, located at 928 Oakley Street, New Bedford, Massachusetts (the "Defendant Property"), for failure to file an answer or otherwise to defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

In support of this application, the United States submits the attached Affidavit.

                            Respectfully submitted,

                            UNITED STATES OF AMERICA
By its attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By: *Shelbey D. Wright* (signature)
Shelbey D. Wright
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: 8/20/04

SO ORDERED AND ALLOWED

_____
RYA W. ZOBEL
United States District Judge

Date: _____

2

CERTIFICATE OF SERVICE

I, Shelbey D. Wright, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Entry of Default, as well as the Affidavit in Support of Motion for Entry of Default, were served upon David P. Sorrenti, Esquire, Sorrenti & Delano, PA, 23 North Pearl Street, Brockton, Massachusetts 02301, as counsel for Peter Medeiros, and John J. Bevilacqua, Esquire, 380 Broadway, Providence, Rhode Island 02909 and Thomas E. Badway, Esquire, 700 North Main Street, Providence, Rhode Island 02904, as counsel for Joyce Medeiros, by first class mail, postage prepaid.

                                                    /s/ Shelbey D. Wright
                                                  Shelbey D. Wright
Dated:                                          Assistant U.S. Attorney

N:\LTalbot\wright\Medeiros\928 Oakley Property\Default Motion.wpd