# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America | CIVIL ACTION |
| Plaintiff | |
| | NO. 04-10642-RWZ |
| V. | |
| 928 Oakley Street, New Bedford, Mass. | |
| Defendant | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __USA__ for an order of Default for failure of the Defendant, __928 Oakley Street, New Bedford, MA.__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __13th__ day of __October__ __2004__.

TONY ANASTAS
CLERK OF COURT

By: _/s/ Jay Callen_
Deputy Clerk

Notice mailed to: