```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,         )
         Plaintiff,               )
                                  )
         v.                       )Civil Action No. 04-10642-RWZ
                                  )
928 OAKLEY STREET, NEW BEDFORD,   )
MASSACHUSETTS,                    )
         Defendant.               )
```

### MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for entry of a Final Judgment and Order of Forfeiture, forfeiting the real property, including all buildings and appurtenances, located at 928 Oakley Street, New Bedford, Massachusetts (the "Defendant Property").

In support of this Motion, the Government states that on August 20, 2004, it filed a Motion for Entry of Default against the claimants in this action, and on October 13, 2004, this Court entered a Notice of Default, a copy of which is attached hereto as Exhibit A.  The Notice was entered against Peter Medeiros and Joyce Medeiros, and all other persons claiming an interest in the Defendant Property, for their failure to answer or otherwise defend in this action.  No other claims have been filed, and the time to do so has expired.

WHEREFORE, the United States of America requests that this Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Property. A proposed Order is attached.

                                Respectfully submitted,

                                UNITED STATES OF AMERICA
By its attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Shelbey D. Wright
    Shelbey D. Wright
    Assistant U.S. Attorney
    1 Courthouse Way
    Suite 9200
    Boston, MA  02210
    (617) 748-3100

Dated: _____

N:\LTalbot\wright\Medeiros\928 Oakley Property\Motion for Final Judgment & Order of Forfeiture.wpd