UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America
           Plaintiff

CIVIL ACTION

NO.   04-10642-RWZ

V.

928 Oakley Street, New Bedford, Mass.
           Defendant

### NOTICE OF DEFAULT

Upon application of the Plaintiff,    USA

for an order of Default for failure of the Defendant, 928 Oakley Street,

New Bedford, MA.                                    , to plead or otherwise

defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is

hereby given that the Defendant has been defaulted this  13th  day of  October

   2004         .

TONY ANASTAS
CLERK OF COURT

By: /s/ Jay Callen
Deputy Clerk

Notice mailed to: