UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>     v.<br><br>928 OAKLEY STREET, NEW BEDFORD,<br>MASSACHUSETTS,<br>       Defendant. | )<br>)<br>)<br>) Civil Action No. 04-10642-RWZ<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court having allowed plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the defendant property, described herein as the real property, including all buildings and appurtenances, located at 928 Oakley Street, New Bedford, Massachusetts (the "Defendant Property"), is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(7);

3. That any claim of interest of Peter Medeiros and Joyce Medeiros, and any other parties claiming any right, title, or interest in or to the Defendant Property, is hereby held in default and dismissed, having been defaulted on October 13, 2004;

4. That the United States of America, through the United States Marshals Service, shall retain the Defendant Property in its secure custody and control, and shall dispose of it in

accordance with law;

    5.   That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.


APPROVED AND SO ORDERED:

_____
RYA W. ZOBEL
United States District Judge


Date: __12/3/04__, 2004


N:\LTalbot\wright\Medeiros\928 Oakley Property\Final Judgment & Order of Forfeiture.wpd